JS-6

**FILED**
FEB - 7 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| JAMES DAVID LOGAN,<br><br>    Petitioner,<br><br>    v.<br><br>SUSAN HUBBARD, Warden,<br><br>    Respondent. | Case No. CV 08-0349-SJO (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is DISMISSED without prejudice.

Dated: _2/5/08_

_____
S. James Otero
United States District Judge